IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Warren Gibson, | NO. C 06-04220 JW |
|       Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE** |
|   v. | |
| Greg LeMond, et al., | |
|       Defendants. | |

The Court deems Defendants' Motion to Transfer Venue appropriate for submission on the papers without oral argument. See Civ. L.R. 7-1(b). Accordingly, the hearing on October 2, 2006 is vacated.

Dated:  September 27, 2006

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Denise Suzanne Rahne dsrahne@rkmc.com
M. Jean Starcevich jstarcevich@pacbell.net
Michael A. Geibelson mageibelson@rkmc.com
Robert Myles Tobin sjhlaw@aol.com

**Dated: September 27, 2006**               **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers
                                                   Elizabeth Garcia
                                                   Courtroom Deputy**