Michael A. Geibelson, Bar No. 179970
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: 310-552-0130
Facsimile: 310-229-5800
mageibelson@rkmc.com

Denise S. Rahne, Bar No. 0331314
(admitted *pro hac vice*)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
dsrahne@rkmc.com

Attorneys for Defendants
Greg LeMond, and LeMond Cycling, Inc.,
a Minnesota corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Warren Gibson,<br><br>        Petitioner/Plaintiff,<br><br>v.<br><br>Greg LeMond, LeMond Cycling, Inc., a Minnesota corporation, and Does 1 through 20, inclusive,<br><br>        Respondents/Defendants. | Case No. 5:06-CV-04220-JW<br><br>[~~PROPOSED~~] ORDER ON DEFENDANTS GREG LEMOND AND LEMOND CYCLING, INC.'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

Pursuant to Local Rule 16-2(d), and for the reasons set forth in Movants' motion, the Initial Case Management Conference and the related filings are hereby continued pending this Court's determination on Defendants' Motion to Transfer.

MP3 20200445.1

IT IS SO ORDERED.

DATED: November 7, 2006

By: _____
James Ware
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

MP3 20200445.1

- 2 -

[PROPOSED] ORDER ON MOTION TO CONTINUE