Michael A. Geibelson, Bar No. 179970
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone:   310-552-0130
Facsimile:   310-229-5800
mageibelson@rkmc.com

Denise S. Rahne, Bar No. 0331314
(admitted *pro hac vice*)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181
dsrahne@rkmc.com

Attorneys for Defendants
Greg LeMond and LeMond Cycling, Inc.,
a Minnesota corporation

FILED

DEC 2 0 2006

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Warren Gibson,<br><br>　　　　Petitioner/Plaintiff,<br><br>　v.<br><br>Greg LeMond, LeMond Cycling, Inc., a Minnesota corporation, and Does 1 through 20, inclusive,<br><br>　　　　Respondents/Defendants. | Case No. 5:06-CV-04220-JW<br><br>JW<br>[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS |

　　　Pursuant to Rules 15(a) and 13(f) of the Federal Rules of Civil Procedure, the Defendants' Motion for Leave to File an Amended Answer and Counterclaims is hereby granted.

　　　Pursuant to the agreement between the Parties, Plaintiff will respond to the Defendants' Amended Answer and Counterclaims on or before January 8, 2007.

MP3 20205798.1

IT IS SO ORDERED.

DATED: December 20, 2006

By: _____
James Ware
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA