IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Warren Gibson, | NO. C 06-04220 JW |
|       Plaintiff, | **ORDER RE: PARTIES' REQUEST FOR COURT-SELECTED ARBITRATOR OR ARBITRATION SERVICE; ORDER APPOINTING MR. GEORGE C. FISHER AS ARBITRATOR** |
|    v. | |
| Greg LeMond, et al., | |
|       Defendants. | |

Before the Court is the parties Stipulated Status Report and Request for Court-Selected Arbitrator or Arbitration Service. (See Docket Item No. 62.) For good cause, the Court adopts the parties' Proposed Order and orders as follows:

(1) On **October 17, 2007**, each party shall file (via ECF) their preference in the selection of an arbitrator or arbitration service provider consistent with the Court's June 26, 2007 Order;

(2) Three days after each party has made that selection known to the Court, each party will have an opportunity to address the other party's preference;

(3) If there is no agreement after the party's submissions, the Court will pick an arbitrator or arbitration service provider either from the party's submissions or one independently to be chosen by the Court;

(4) Each party shall schedule the arbitration within three weeks following the conclusion of the mediation now scheduled for October 30, 2007, if in event the mediation

proves to be unsuccessful.  If an arbitration cannot be scheduled, the parties shall submit to the Court an Order seeking modification of this schedule.

Alternatively, the Court regularly appoints neutrals to assist the Court in alternative dispute resolution. Accordingly, the Court appoints **Mr. George C. Fisher**[1] as the arbitrator.  Any objections to this appointment shall be filed concurrently with the parties' submission of their preferences on **October 17, 2007.**  If no objection is filed by October 17, 2007, the parties shall contact Mr. Fisher pursuant to the schedule set forth in Item No. 4 above.

In light of this Order, the Court continues the Status Conference previously set for November 19, 2007 to **December 10, 2007 at 10 AM.**  The current STAY is extended to December 10, 2007.

Dated:  October 12, 2007

JAMES WARE
United States District Judge

---

[1] Mr. Fisher contact information is as follows: http://www.gfisherlaw.com; georgecfisher@gmail.com; 650 424 0821.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Denise Suzanne Rahne dsrahne@rkmc.com
M. Jean Starcevich jstarcevich@pacbell.net
M. Jean Starcevich jstarcevich@pacbell.net
Michael A. Geibelson mageibelson@rkmc.com
Robert Myles Tobin sjhlaw@aol.com

**Dated: October 12, 2007**                      **Richard W. Wieking, Clerk**

                                                 **By:   /s/JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California