1 | **Michael A. GEIBELSON, CA Bar No. 179970**
Robbins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel. 310-552-0130
Fax 310-229-5800

**DENISE S. RAHNE, MN Bar No. 0331314**
Robbins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402
Tel. 612-349-8500
Fax 612-339-4181

Attorneys for Defendants **GREG LEMOND** and **LEMOND CYCLING, INC.**

**M. JEAN STARCEVICH, CA Bar No. 78298**
770 Lincoln Avenue
San Jose, CA. 95126
Tel. 408-287-7787
Fax 408-287-8862

**ROBERT M. TOBIN, CA Bar No. 64667**
1485 Park Avenue
Suite 200
San Jose, CA. 95126
Tel. 408-275-6967
Fax 408-275-8872

Attorneys for Plaintiff **WARREN GIBSON**

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Warren Gibson,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Greg LeMond, LeMond Cycling, Inc., a Minnesota corporation, and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | NO. C 06-CV-04220 JW<br><br>**STIPULATED STATUS REPORT ORDER CONTINUING STATUS CONFERENCE** |

　　　Counsel in the above-captioned matter wish to jointly report on their progress to the Court

Stipulated Status Report　　　　　　　　　　　　　　　　　　　　　　　　　　　C 06-CV-04220 JW

since their previous report to the court on or about September 26, 2007, and their joint request to the Court regarding the appointment of an arbitrator.

Continued mediation in this matter was unsuccessful, the mediation have been concluded as of Monday, November 19, 2007.

After the mediation, the parties jointly contacted George C. Fisher, the arbitrator appointed by the court per the court's Order of October 12, 2007, with the parties' concurrence.

Currently, the parties have chosen the dates of December 17 and 18, 2007, and January 9, 10, and 11, 2008 to submit this matter to binding arbitration.   Arbitrator Fisher has advised the parties that immediately following the arbitration he will be leaving the country for approximately one month.

In the event post-arbitration briefs are required, and in order to give arbitrator Fisher sufficient time to render his decision, the parties are requesting that this matter be continued for further status conference to Monday, March 10, 2008.  They are hopeful that the matter will be concluded by that time.

DATED:  12/3/07                                           /s/ *M. Jean Starcevich*
**M. Jean Starcevich** Attorney
for Plaintiff **Warren Gibson**

DATED:   12/3/07                                            /s/ *Denise S. Rahne*
**Denise S. Rahne**
Robins, Kaplan, Miller & Ciresi L.L.P.
Attorneys for Defendants **Greg LeMond**
and **LeMond Cycling, Inc.**

****** ORDER ******

For good cause, the Court continues the Status Conference presently set for December 10, 2007 to **March 10, 2008 at 10 A.M.**  The parties shall file a Joint Status Report by **February 29, 2008.**

Dated:  December 4, 2007                          _____
JAMES WARE
United States District Court