| | |
|---|---|
| **MICHAEL A. GEIBELSON, CA Bar No. 179970**<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Phone: 310-552-0130<br>Fax:   310-229-5800 | *IT IS SO ORDERED AS MODIFIED*<br>/s/ James Ware<br>Judge James Ware |

**DENISE S. RAHNE, MN Bar No. 0331314**
(admitted *pro hac vice*)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402
Phone: 612-349-8500
Fax:   612-339-4181

Attorneys for Defendants **GREG LEMOND** and **LEMOND CYCLING, INC.**

**M. JEAN STARCEVICH, CA Bar No. 78298**
770 Lincoln Avenue
San Jose, CA 95126
Phone: 408-287-7787
Fax:   408-287-8862

**ROBERT M. TOBIN, CA Bar No. 64667**
1485 Park Avenue, Suite 200
San Jose, CA 95126
Phone: 408-275-6967
Fax:   408-275-8872

Attorneys for Plaintiff **WARREN GIBSON**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| Warren Gibson, | ) | **NO. 5:06-CV-04220 JW/RS** |
|     Petitioner/Plaintiff, | ) ) ) | **STIPULATED STATUS REPORT** |
| | ) | |
| Greg LeMond, LeMond Cycling,<br>Inc., a Minnesota corporation, and<br>Does 1 through 20, inclusive, | ) ) ) ) | Date: March 10, 2008<br>Time: 10:00 a.m.<br>Judge: The Honorable James Ware |
|     Respondents/Defendants. | ) | |

MP-Primary 80007772.1

Stipulated Status Report; Case No. 5:06-CV-4220 JW/RS

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Counsel in the above-captioned matter wish to jointly report on their progress to the Court since their previous report on December 3, 2007, which included arbitration dates and the parties' request to continue the Status Conference in this matter.

On the dates of January 7-11, 2008, the parties completed a five-day arbitration before George C. Fisher. The parties exchanged simultaneous post-arbitration opening briefs on February 1, 2008 and simultaneous response briefs on February 15, 2008. On February 24, 2008, Arbitrator Fisher contacted the parties and acknowledged receipt of the post arbitration briefing. Arbitrator Fisher also informed the parties that he was hopeful that he would be able to provide the reasoned award that the parties requested on or before March 21, 2008.

A Status Conference is currently scheduled on this matter for March 10, 2008. In light of the anticipated reasoned award from Arbitrator Fisher and because the parties have no issues on which they require the Court's intervention, the parties jointly stipulate and request that the Status Conference be continued to March 31, 2008 or a comparable date that is convenient to the Court.

Dated: February 28, 2008      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

*s/Denise S. Rahne*
Denise S. Rahne
Attorneys for Defendants Greg LeMond and
LeMond Cycling, Inc.

Dated: February 28, 2008      *s/M. Jean Starcevich*
M. Jean Starcevich
Attorney for Plaintiff Warren Gibson

1  **MICHAEL A. GEIBELSON, CA Bar No. 179970**
   Robins, Kaplan, Miller & Ciresi L.L.P.
2  2049 Century Park East, Suite 3700
3  Los Angeles, CA 90067
   Phone: 310-552-0130
4  Fax:   310-229-5800

5  **DENISE S. RAHNE, MN Bar No. 0331314**
   (admitted *pro hac vice*)
6  Robins, Kaplan, Miller & Ciresi L.L.P.
7  2800 LaSalle Plaza, 800 LaSalle Avenue
   Minneapolis, MN 55402
8  Phone: 612-349-8500
   Fax:   612-339-4181
9
10 Attorneys for Defendants **GREG LEMOND**
   and **LEMOND CYCLING, INC.**
11
12 **M. JEAN STARCEVICH, CA Bar No. 78298**
   770 Lincoln Avenue
13 San Jose, CA 95126
   Phone: 408-287-7787
14 Fax:   408-287-8862

15 **ROBERT M. TOBIN, CA Bar No. 64667**
   1485 Park Avenue, Suite 200
16 San Jose, CA 95126
   Phone: 408-275-6967
17 Fax:   408-275-8872

18 Attorneys for Plaintiff **WARREN GIBSON**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| Warren Gibson, ) | **NO. 5:06-CV-04220 JW/RS** |
| ) | |
| Petitioner/Plaintiff, ) | |
| ) | (~~PROPOSED~~) ORDER |
| ) | |
| Greg LeMond, LeMond Cycling, ) | Date: March 10, 2008 |
| Inc., a Minnesota corporation, and ) | Time: 10:00 a.m. |
| Does 1 through 20, inclusive, ) | Judge: The Honorable James Ware |
| ) | |
| Respondents/Defendants. ) | |

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

WHEREAS the parties have recently completed a five-day arbitration, the result of which should be known on or before March 21, 2008, and the parties have jointly indicated that they do not have any matters that require the Court's assistance,

IT IS HEREBY ORDERED that the Status Conference scheduled in this matter for March 10, 2008 is continued to **April 7, 2008 at 10 A.M.** If a Stipulated Dismissal is filed on or before **March 28, 2008**, the Status Conference will be VACATED. If a Stipulated Dismissal is not on file, the parties shall file a Status Report on the same date to inform the Court of their progress. The parties shall make a good faith effort to file the appropriate Stipulated Dismissal to remove this case from the Court's docket once Mr. Fisher makes his award.

Dated: March 4, 2008

By: *James Ware*
James Ware
Judge of the United States District Court
for the Northern District of California