1  **M. JEAN STARCEVICH (#78298)**
   770 Lincoln Avenue
2  San Jose, CA. 95126
   Tel. 408-287-7787
3  Fax. 408-287-8862

4  **ROBERT M. TOBIN (#64667)**
   1485 Park Avenue, Suite 200
   San Jose, CA. 95126
5  Tel. 408-275-6967
   Fax. 408-275-8862
6
   **ANTHONY T. GIACALONE (#39111)**
7  745 Rucker Avenue
   Gilroy, CA. 95020
   Tel. 408-847-7266
8  Fax. 408-847-2468

9  Attorneys for Plaintiff **WARREN GIBSON**

10 **MICHAEL A. GEIBELSON, Bar No. 179970**
   Robins, Kaplan, Miller & Ciresi, LLP
11 2049 Century Park East, Suite 3700
   Los Angeles, CA. 90067
12 Tel. 310-552-0130
   Fax. 310-229-5800

13 **DENISE S. RAHNE, Bar No. 0331314**
   (admitted *pro hac vice*)
14 Robins, Kaplan, Miller & Ciresi, LLP
   2800 LaSalle Plaza, 800 LaSalle Avenue
15 Minneapolis, MN 55402
   Tel. 612-349-8500
16 Fax. 612-339-4181

17 Attorneys for Defendants **GREG LEMOND,**
   and **LEMOND CYCLING, INC.**

18

*IT IS SO ORDERED*
*Judge James Ware*

19                **United States District Court**
20        **Northern District of California, San Jose Division**
21
22
23 | Warren Gibson,                              | )  | **NO.  C 06-CV-04220 JW** |
24 |            Plaintiff,                       | )  | **STIPULATED STATUS REPORT AND PROPOSED ORDER** |
25 | Greg LeMond, LeMond Cycling,                | )  | DATE:   April 7, 2008 |
26 | Inc., a Minnesota corporation, and          | )  | TIME:   10:00 AM |
   | Does 1 through 20, inclusive,               | )  | JUDGE:  The Honorable James Ware |
27 |            Defendants.                      | )  |  |

28

Stipulated Status Report                                           Case No. C-06-04220 JW

1       Counsel in the above-captioned matter wish to inform the Court of matters since their previous
2   stipulated status report of February 28, 2008, which advised the court that binding arbitration in the
3   above-captioned proceedings had concluded and that the parties were anticipating the reasoned award
4   of arbitrator George C. Fisher or on before March 21, 2008.

5       On March 20, 2008, the award of arbitrator Fisher was forwarded to the parties, a copy of
6   which is attached hereto as Exhibit "A". Pursuant to that award, it was determined that LeMond shall
7   pay to Gibson the sum of $840,527.00 on Gibson claims and that Gibson shall pay to LeMond the sum
8   of $67,918.11 on the LeMond counter-claims. Further, it was determined that LeMond is entitled to
9   set off the amount due from Gibson against amounts due to Gibson, leaving a net due to Gibson in the
10  amount of $772,608.89.

11      Since the rendering of the award, the parties have conferred and it has been agreed that Gibson
12  will be requesting judgment from this federal court pursuant to the arbitration award. It has further
13  been agreed that LeMond does not and will not contest entry of the judgment. LeMond has been
14  contacted by the Internal Revenue Service, which wishes to be notified upon entry of judgment so that
15  it may have the option to levy the award. LeMond is prepared to satisfy the judgment in a manner
16  consistent with the cooperation that has been requested by the Internal Revenue Service.

17      Accordingly, at this time, Warren Gibson, Petitioner and Plaintiff in the above-captioned
18  proceeding is requesting that the court enter judgment against Greg LeMond and LeMond Cycling,
19  Inc. in the net amount of $772,068.89, with interest to run at 10% per annum from and after entry of
20  judgment until paid in full, and that the status conference now set for April 7, 2008, be continued for
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

one month to allow for entry of judgment, and any further proceedings which may be necessary with regard to the collection thereof.

DATED:  3/31/08

*/s/ M. Jean Starcevich*
M. JEAN STARCEVICH, Attorney
for Plaintiff Warren Gibson

DATED:  3/31/08

*/s/ Denise S. Rahne*
By:  Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI LLP
Attorneys for Defendants Greg LeMond and
LeMond Cycling, Inc.

1 <center>~~PROPOSED~~ ORDER</center>

2   Upon reading the above stipulated status report, it is hereby Ordered that Warren Gibson shall
3 have judgment in the net amount of $772,608.89 against Greg LeMond and LeMond Cycling, Inc. with
4 interest at the legal rate of 10% to run on such amount from and after entry of judgment. Counsel for
5 the petitioner shall prepare the judgment to be submitted and approved as to form by counsel for
6 LeMond, and then submitted to the court for signature, filing and entry.

7   It is further Ordered that the status conference now set for April 7, 2008, be continued to May
8 5, 2008, at 10:00 AM to allow for preparation and entry of Judgment.

11 DATED: ___April 2, 2008___      _____/s/ James Ware_____
                                   HONORABLE JAMES WARE,
12                                  JUDGE OF THE UNITED STATES
                                   DISTRICT COURT